AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Joseph Scott Campbell
SSN: XXX-XX-7846

Case No. M-24-865-AMG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Joseph Scott Campbell
SSN: XXX-XX-7846, an inmate at Cimarron Correctional Facility, Cushing, Oklahoma

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1151, 1152, and 2243(a) | Sexual Abuse of a Minor in Indian Country |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Steven Colon, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/25/24

City and state: Oklahoma City, OK

*Judge's signature*

AMANDA MAXFIELD GREEN
*Printed name and title*

## Affidavit in Support of an Application
## Under Rule 41 for a Warrant to Search and Seize

I, Steven Colon, being first duly sworn under oath, depose and state:

### Introduction and Agent Background

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to search and seize property, specifically, to search the person of JOSEPH SCOTT CAMPBELL (CAMPBELL), further described in Attachment A, to seize a deoxyribonucleic acid (DNA) sample of CAMPBELL by buccal (cheek) swab, as further described in Attachment B, because this sample may constitute evidence of violations of 18 U.S.C. §§ 1151, 1152, and 2243(a) Sexual Abuse of a Minor in Indian Country by JOSEPH SCOTT CAMPBELL.

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the Oklahoma City Field Office, Tulsa Resident Agency. I have been a Special Agent with the FBI since July of 2018. My duties with the FBI include, but are not limited to, investigating violations of federal criminal law. I have received formal training at the local and federal level, and I have participated in many aspects of criminal investigations, including conducting interviews, collecting and reviewing evidence,

conducting physical and electronic surveillance, working with informants, and executing search and arrest warrants. As part of my duties as a Special Agent, I investigate criminal violations relating to federal crimes of general applicability, as well as criminal violations that occur in Indian Country, including Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1151, 1152, and 2243(a).

3. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact I or others have learned during the course of this investigation.

4. Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that evidence of violations of 18 U.S.C. §§ 1151, 1152, and 2243(a) will be located on the person or in the DNA of CAMPBELL.

### Jurisdiction

5. "A warrant may be issued to search for and seize any property that constitutes evidence of a criminal offense in violation of the laws of the United States." 18 U.S.C. § 3103a.

6. The requested search is related to the following violations of federal law:

2

   a. Sexual Abuse of a Minor in Indian Country, in violation of Title 18 United States Code Sections 1151, 1152, and 2243(a).

7. Venue is proper because the person or property described in this affidavit is located within the Western District of Oklahoma. Fed. R. Crim. P. 41(b)(1). CAMPBELL is currently in federal custody as an inmate at 3200 South Kings Highway, CoreCivic Cimarron Correctional Facility in Cushing, Oklahoma 74023.

## Probable Cause

8. From March 26, 2024, to on or about March 28, 2024, CAMPBELL, a 54-year-old non-Indian, had vaginal and oral sex with the 15-year-old Indian M.V. M.V. is a registered member of the United Keetoowah Band of Cherokee Indians and has some degree of Indian blood.

9. In May 2024, the M.V. was forensically interviewed by FBI Forensic Child Interview Specialist Ashley Gonzales. During this interview, the M.V. disclosed that a few months earlier, around Easter, she ran away from home and stayed with CAMPBELL for several days at his trailer in Jay, Oklahoma. The M.V. had met CAMPBELL once before when he had a girlfriend. The M.V. said that while she was there, CAMPBELL gave her methamphetamine. The M.V. disclosed that they had anal, oral, and vaginal sex. After two days, she told CAMPBELL she wanted to leave. CAMPBELL took her to her cousin's house in Tahlequah where they were met by the Tahlequah Police Department and the Cherokee Nation Marshals.

10. On March 28, 2024, the M.V. told Cherokee Nation Marshals that she had sex with CAMPBELL throughout the past two days. Based on her disclosure, she

3

was taken to Cherokee Nation W.W. Hastings Hospital and received a sexual assault exam by a SANE nurse. During the exam, the M.V. told the SANE nurse that CAMPBELL put his penis in her vagina approximately six or seven times while she was with him. CAMPBELL did not use a condom. The SANE Nurse collected swabs from the M.V. and the sexual assault kit was turned over to Cherokee Nation Marshal Service.

11. On April 1, 2024, Cherokee Nation Marshal Service Investigator Joe Horner submitted the sexual assault kit to the Oklahoma State Bureau of Investigation (OSBI) Laboratory in Tahlequah, Oklahoma for specialized forensic biology examination. The kit was labeled Lab Number 2024-005154 and is currently pending examination.

12. **CAMPBELL's** trailer was located at Kelley Cove RV Park in Jay, Oklahoma which is in Cherokee Nation and within the Northern District of Oklahoma.

13. In May 2024, FBI Special Agent Steven Colon spoke with Frankie Sullins. Sullins, a mechanic, said he returned CAMPBELL's vehicle to his trailer around March 26 or March 27, 2024. As Sullins was unloading the truck, he met CAMPBELL and a 15-year-old girl. Sullins said the girl made a comment about CAMPBELL performing oral sex on her and that CAMPBELL did not deny it. Sullins sent CAMPBELL a text telling him that he crossed a line doing that with a 15-year-old but CAMPBELL did not respond.

14. On May 27, 2024, FBI Special Agent's Steven Colon and Koby Knodle interviewed Selena Wadlow who stated her daughter's last runaway attempt was

4

approximately late night on March 26, 2024. Wadlow stated her daughter was found by law enforcement on March 28, 2024. Wadlow did not know who CAMPBELL was.

15. On July 1, 2024, JOSEPH SCOTT CAMPBELL was Indicted in the Northern District of Oklahoma for Sexual Abuse of a Minor in Indian Country. CAMPBELL is currently in federal custody as an inmate at 3200 South Kings Highway, CoreCivic Cimarron Correctional Facility in Cushing, Oklahoma 74023 which is within the boundaries of the Western District of Oklahoma.

### DNA Evidence Collection of a Known Sample from a Person

16. The collection of a DNA sample from a person for the purpose of this criminal investigation will be performed in a reasonable manner by FBI Special Agents using a cotton swab to collect the DNA from CAMPBELL at the correctional facility where he is housed. The sample will be delivered to OSBI Laboratory, 1995 Airport Parkway, Tahlequah, Oklahoma 74464. The analysis of the DNA will be performed by trained criminalists in accordance with ISO/IEC 17025, which specifies the general requirements for the competence, impartiality, and consistent operation of laboratories. The ISO accreditation proves a laboratory has an acceptable quality management system in place, and it has the ability and competence to provide testing and calibration results.

17. Swabbing the inside of a person's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for

collecting a DNA sample. This process is referred to as taking a "buccal swab" or "buccal smear."

### Conclusion

18. I make this affidavit in support of an application for a warrant to search the person of CAMPBELL, described in Attachment A, to seize a sample of DNA contained inside the human body of JOSEPH SCOTT CAMPBELL, as described in Attachment B, as the DNA is believed to contain evidence of violations of federal law, as more fully described herein. Therefore, I request the Court allow for the collection of a DNA sample from CAMPBELL and subsequent analysis for the purpose of laboratory comparison.

Respectfully submitted,

_____
Steven Colon
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to by phone on November 25th, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to be Searched

This warrant applies to the person of JOSEPH SCOTT CAMPBELL, Date of Birth: XX/XX/1970, and social security number XXX-XX-7846, who is listed on his driver's license as 6' 1" tall, weighing 280 pounds and having Brown hair and Blue eyes, and who is pictured below:



## ATTACHMENT B

## Particular Things to be Seized

This warrant authorizes the seizure of the following materials, which constitute evidence of the commission of a criminal offense, namely violations of 18 U.S.C. §§ 1151, 1152, and 2243(a) Sexual Abuse of a Minor in Indian Country by JOSEPH SCOTT CAMPBELL, who is more fully described in Attachment A and pictured below:

1. The deoxyribonucleic acid (DNA) of JOSEPH SCOTT CAMPBELL, collected via buccal (cheek) swab and suitable for laboratory comparison; this warrant permits transportation of JOSEPH SCOTT CAMPBELL by officers to a medical facility for collection of these samples.

